IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Case No. 11-03555 (ESL) |
| **LUZ MILAGROS LEBRÓN LEBRÓN aka LUZ M. LEBRÓN LEBRÓN** | Chapter 13 |
| Debtor(s) | |

### NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COMES NOW** Cooperativa de Ahorro y Crédito de la Asociación de Maestros de Puerto Rico (hereinafter "EDUCOOP") through the undersigned attorney and very respectfully states, alleges and prays:

That EDUCOOP, a secured creditor in the above captioned case, through its administrative trustee, has appointed the undersigned law firm to represent it in all proceedings pending before this Honorable Court.

Wherefore, it is respectfully requested from this Honorable Court to take knowledge of the above and that if deemed necessary, the master address list be amended to direct future notices to the attention of the undersigned attorney of the firm.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date we electronically filed the present motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing all

parties of record and a copy to debtor to: 105 Bo. Calzada, Maunabo, PR 00707.

In San Juan, Puerto Rico, this 16 day of May, 2011.

*(signature)*

Pedro I. Torres Amador, 126609
**CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.**
PO Box 364966
San Juan, PR 00936-4966
Tel. (787) 767-9625
Fax (787) 622-2228
ptorres@cnrd.com